Court of Criminal Appeals of Texas 79,980-02
Austin        Texas

JARENE FLETCHER
    APPLICANT MOVANT,

V.

THE STATE OF TEXAS
    RESPONDENT.

WR.-79,980-02
TRL. CT. NO. CAUSE: 57955-J

## Pursuant To Original Proceeding Under Art. 11.07 Sec. 3.(a) By Transmission And Disposition By C.C.A.

APPLICANT- Movant Brings To This Court of Criminal Appeals Pursuant To Original Proceeding Under Art. 11.07 Sec. 3.(a)(d) By Transmission And Disposition By Court of Criminal Appeals... Upon A Procedual Progress, Thats Conducted In A Post-Conviction Application For Writ of Habeas Corpus By Texas Jurisprudence.

### History of The Case

Applicant- Movant Filed State 11.07 Habeas Corpus Writ challenging Juvenile certification As A Adult Process on right to Appeal Such Proceedings Before certification Commence... Under Juvenile Trial Court Number Cause: 57955-J. Juvenile Court 323 RD District of Tarrant County, Texas.

### Legal Analysis

Applicant-Movant Filed A State Application For writ of Habeas Corpus on or About the Early Months of 2013 And the State And the Trial Court Have Fail or Chose to not Respond on This Court Clerk's Office Response to A Original Mandamus Receiving May-16-2004. This Court Gave A Response on A Denial of Motion for Leave without A written Order 8-27-14. Without A Prior Remand On Receiving Any Supplemental Records From the District Clerk of Tarrant County

### Conclusion

For The Foregoing Reason Litigated In Applicant-Movant Motion. Movant Ask For Relief Sought Be Granted Sua Sponte

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

APPLICANT-MOVANT-ProSE

COURT of CRiMiNAL APPeals of TEXAS
Office of THE CLERK
JAN 23, 2015

HONORABLE COURT of Criminal APPeals. ABEL ACOSTA, Clerk.
COURT of CRiMiNAL APPeals of TEXAS
P.O. BOX 12308 Capital station
Austin, Texas 78711
RE: JARENE FLETCHER V. THE STATE OF TEXAS
WUR-79,980-02 ; TRL. CT. NO. CAUSE: 57955-J

DEAR MR. ACOSTA:
ENclosed for FiLiNG is APPLiCANt-MOUANt "PURSUANT TO ORIGINAL
PROCeeding Under ART. 11.07 SEC. 3. (a)(d) BY TRANSMISSION And
Disposition BY C.C.A."

PLEASE GiVE NOTiCE UPON RECeiPt.

Thank You RESPECTFULLY For Your AssistANce.

SiNCereLY

Jarene Fletcher
APPLiCANt-MOUANt-PRO SE